Greg A. Garbacz, Bar No. 167007
Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ggarbacz@klinedinstlaw.com

Attorneys for Defendant
EVANS HOTELS CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL THURSTON,<br><br>    Plaintiff,<br><br>v.<br><br>EVANS HOTELS CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.  5:16-cv-00973 AG (KKx)<br><br>**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT**<br><br>Courtroom:       10D<br>Judge:            Hon. Andrew J. Guilford<br>Magistrate Judge: Hon. Kenly Kiya Kato<br>Complaint Filed: 5/12/16<br>Trial Date:       None set |

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that on July 15, 2016, Defendant Evans Hotels Corporation ("Defendant") served upon Plaintiff Cheryl Thurston ("Plaintiff") a Rule 68 Offer of Judgment. A true and correct copy of Defendant's Rule 68 Offer of Judgment is attached hereto as **Exhibit A**.

On July 20, 2016, Plaintiff accepted and provided notice that she accepted Defendant's Offer of Judgment. A true and correct copy of Plaintiff's Notice of Acceptance of Offer of Judgment is attached hereto as **Exhibit B**.

/ / /

- 1 -
NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT
5:16-cv-00973 AG (KKx)

- 2 -

1    Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, the Parties
2    hereby request the clerk enter judgment according to the terms of Defendant's Rule
3    68 Offer of Judgment.

4

5                                KLINEDINST PC

6

7

8    DATED: July 22, 2016          By:  s/ Patrick J. Goode II
                                        Greg A. Garbacz
9                                       Nadia P. Bermudez
                                        Patrick J. Goode II
10                                      Attorneys for Defendant
11                                      EVANS HOTELS CORPORATION

12   16717994v1